# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PEDRO DIAZ,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1587-Orl-28GJK**

**KISSIMMEE UTILITY AUTHORITY,**

       **Defendant.**

_____

## ORDER

This case was dismissed without prejudice on February 28, 2013 (Doc. 32), upon notice that the case had settled (Doc. 31). There being no further activity, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of May, 2013.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge